Limburger Cheese Producers' Association et al., petitioners. *Cyril A. Soans* for respondent.

No. 477. PHOENIX INDEMNITY Co. *v.* LAVOIE. Superior Court of Massachusetts, Suffolk County. Certiorari denied. *Samuel P. Sears* for petitioner. *John L. Hall* for respondent.

No. 479. COLVILLE, EXECUTRIX, *v.* KOCH, ADMINISTRATRIX. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioner. *M. M. Newmark* for respondent.

No. 480. GULF COAST SHRIMPERS & OYSTERMANS ASSOCIATION ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Albert Sidney Johnston, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.

No. 482. HERINGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *R. E. H. Julien* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 485. WARNER *v.* FIRST NATIONAL BANK OF MINNEAPOLIS. C. A. 8th Cir. Certiorari denied. *R. H. Fryberger* for petitioner. *Joseph H. Colman* and *Harold G. Cant* for respondent.

No. 486. DUNNING ET AL. *v.* Q. O. ORDNANCE CORP. C. A. 8th Cir. Certiorari denied. *Frank H. Terrell* and *Thomas W. Lanigan* for petitioners. *G. L. DeLacy* for respondent.